a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| REZA ZARE #A221-391-258, Petitioner | CIVIL DOCKET NO. 1:25-CV-01450 SEC P |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| U S IMMIGRATION & CUSTOMS ENFORCEMENT ET AL, Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## ORDER

Pro se Petitioner Reza Zare ("Zare") filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. ECF No. 1 at 1. Zare seeks release from immigration detention at the Adams County Correctional Center in Natchez, Mississippi.

Because Zare was not detained within the Western District of Louisiana at the time of filing, this Court lacks jurisdiction. *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004) (district of incarceration at the time of filing is the only district that has jurisdiction over a § 2241 petition).

A court may transfer a case filed in the wrong district "to any district or division in which it could have been brought." 28 U.S.C. §§ 1406, 1631. And the Court may raise this issue sua sponte. *See Mills v. Beech Aircraft Corp.*, 886 F.2d 758, 761 (5th Cir. 1989).

Therefore, IT IS HEREBY ORDERED that this case is TRANSFERRED to the United States District Court for the Southern District of Mississippi, which encompasses the facility where Zare is detained.

SIGNED on Thursday, October 2, 2025.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE